738

Commonwealth *v.* Meluskey, Appellant.

Before WIEAND, J.

Argued September 17, 1974. *Bernard V. O'Hare,* with him *O'Hare & Heitczman,* for appellant; no appearance entered nor brief submitted for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., absent.

Commonwealth *v.* Mitchell, Appellant.

Before KURTZ, JR., P. J.

Argued September 11, 1974. *A. Naussau,* with him *Lee Mandell,* for appellant; *Timothy H. Knauer,* Assistant District Attorney, with him *F. Ned Hand,* Assistant District Attorney, and *William H. Lamb,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.